|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEANNA D. WEIR,<br><br>　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CR98-499 FDB<br><br>ORDER FOR DISMISSAL OF INDICTMENT AND QUASHING OF ARREST WARRANT |

The United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Susan B. Dohrmann, Assistant United States Attorney for said District, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, has moved to dismiss the Indictment without prejudice against the defendant, DEANNA K. WEIR, and to quash the arrest warrant in this case.

Based on the government's Motion and the reasons set forth therein, leave of Court is granted for filing of the dismissal of the Indictment without prejudice and the arrest warrant is quashed.

DATED this 29th day of April, 2009.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER/WEIR - 1
CR98-499 FDB


UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Presented by:

s/Susan B. Dohrmann
SUSAN B. DOHRMANN
Assistant United States Attorney
Washington State Bar No. 13475
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-5326
Fax: (206) 553-2422
E-mail: susan.dohrmann@usdoj.gov

ORDER/WEIR - 2
CR98-499 FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970